# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JAMONDO JAMILL LEWIS**                                                                **PETITIONER**
*Reg #06681-010*

**V.**                          **CASE NO. 2:20-cv-00152-BSM-JTK**

**DEWAYNE HENDRIX**
*Warden, FCI Forrest City*                                                              **RESPONDENT**

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.    Why the record made before the Magistrate Judge is inadequate.

2.    Why the evidence proffered at the hearing before the District Judge (if such

       a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.    The detail of any testimony desired to be introduced at the hearing before

the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## I.     Introduction

Petitioner Jamondo Jamill Lewis, an inmate at the Federal Correctional Institution ("FCI") in Forrest City, Arkansas, filed this petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (Doc. No. 1) Mr. Lewis is currently serving a 235-month sentence at FCI. Mr. Lewis challenges the manner in which the Bureau of Prisons ("BOP") has calculated his sentence. Specifically, he argues that he is entitled to jail credits for the period of June 1, 2010 through February 11, 2011. Respondent, Warden Dewayne Hendrix, contends that the BOP has calculated Mr. Lewis's sentence correctly and that Mr. Lewis has already received jail credit, either for a state or federal sentence, for the period in question. For the reasons stated below, the Court recommends that Mr. Lewis's petition be dismissed with prejudice.

## II.    Background

On June 6, 2013, the United States District Court for the Western District of Arkansas sentenced Mr. Lewis to 292 months' imprisonment in case number 4:11-CR-0037-002. On November 1, 2015, this sentence was reduced to 235 months' imprisonment. (Doc. No. 7-1, ¶ 13; Attachment 17)

Mr. Lewis claims that the BOP should grant him credit for the time he spent in custody from June 1, 2010 through February 11, 2011. The evidence in the record establishes, however, the Mr. Lewis was awarded credit for this time in custody toward other sentences.

A presentence credit of 556 days was applied by the BOP to Mr. Lewis's reduced sentence in federal prison. (Doc. No. 7-1, ¶ 14) This jail credit included the period of time from September 21, 2010 through February 10, 2010. (Doc. No. 7-1, Attachment 18)

Prior to Mr. Lewis's sentence in federal court, he was sentenced to twelve months in state prison on August 16, 2011. In connection with this sentence, Mr. Lewis received 116 days of jail credit. (Doc. No. 7-1, ¶ 9) This jail credit included the periods of time from June 1, 2010 through September 20, 2010 and February 11, 2011 through February 14, 2011. (Doc. No. 7-1, Attachment 12)

Based on the evidence in the record, the BOP did not err in denying Mr. Lewis's request for additional custody credit for time served from June 1, 2010 through February 11, 2011, because Mr. Lewis received credit towards his other sentences for this time he spent in custody. Mr. Lewis is not entitled to any more custody credit than the BOP has already awarded.

**III.   Conclusion**

BOP officials have correctly calculated Mr. Lewis's sentence. Accordingly, the Court recommends that Jamondo Jamill Lewis's petition for a federal writ of habeas corpus (Doc. No. 1) be denied; his pending Motion for Status (Doc. No. 15) be denied as moot; and this case be dismissed, with prejudice.

DATED THIS 25th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE