**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JAMONDO JAMILL LEWIS**                                                    **PETITIONER**
Reg #06681-010

**v.**                              **CASE NO. 2:20-CV-00152-BSM**

**DEWAYNE HENDRIX**
*Warden, FCI Forrest City*                                               **RESPONDENT**

**ORDER**

    Janondo Jamill Lewis's motion for status [Doc. No. 15] is granted.  His motion for

copies and motion for extension of time to respond to the recommended disposition is

granted, but his motion for appointment of counsel is denied [Doc. No. 17].  *See Patterson*

*v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018).  All objections to the recommended disposition

are due April 18, 2022.

    The clerk is directed to send Lewis a copy of docket entry number 16 and the docket

sheet, along with a copy of this order.

    IT IS SO ORDERED this 4th day of April, 2022.


                                                            _____
                                                            UNITED STATES DISTRICT JUDGE