# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JAMONDO JAMILL LEWIS**                                                                          **PETITIONER**
Reg #06681-010

v.                            **CASE NO. 2:20-CV-00152-BSM**

**DEWAYNE HENDRIX**
*Warden, FCI Forrest City*                                                                        **RESPONDENT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 16] is adopted, and Jamondo Jamill Lewis's petition [Doc. No. 1] is denied. Accordingly, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE