# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JAMONDO JAMILL LEWIS**                                                     **PETITIONER**
Reg #06681-010

**v.**                             **CASE NO. 2:20-CV-00152-BSM**

**DEWAYNE HENDRIX**
*Warden, FCI Forrest City*                                                   **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE